**Fill in this information to identify the case:**

Debtor 1  Estevan Mejia

Debtor 2  Rebecca T Mejia
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN        District of  ILLINOIS
(State)

Case number  19-21394

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**        LOANCARE, LLC                    Court claim no. (if known)        7-1

**Last four digits** of any number you        XXXXXX7578
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

T  No

☐  Yes.  Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 10/4/2019, | (3) | $ 500.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 10/7/2019, | (5) | $ 400.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: | | (10) | $ 0.00 |
| 11. | Other.  Specify:  Plan Review | 9/25/2019 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1    Estevan Mejia
    First Name Middle Name Last Name

Case number (*if known*) 19-21394

---

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
T I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X */s/Dana   O'Brien*          Date 1/27/2020
   Signature

Print: Dana        O'Brien    Title Authorized Agent
    First Name  Middle Name  Last Name

Company McCalla Raymer Leibert Pierce, LLC

Address 1544 Old Alabama Road
    Number  Street
    Roswell     GA     30076
    City      State    ZIP Code

Contact phone (312) 346-9088 X5188    Email Dana.OBrien@mccalla.com

---

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No.** 19-21394 |
| Estevan Mejia | ) | **Chapter** 13 |
| Rebecca T Mejia | ) | |
| | ) | **JUDGE:** JANET S. BAER |

## <u>EXHIBIT B</u>

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Bankruptcy/Proof of Claim Fees | | | $400.00 |
| | 10/07/2019 | Preparation and Filing of Proof of Claim | $400.00 |
| Attorney Fees | | | $500.00 |
| | 10/04/2019 | Preparation and Filing of Objection to Confirmation | $500.00 |
| Other | | | $250.00 |
| | 09/25/2019 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:      **$1,150.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:     Estevan Mejia                    Bankruptcy Case No.:    19-21394
           Rebecca T Mejia                  Chapter:               13

                                            Judge:                 Janet S. Baer

### CERTIFICATE OF SERVICE

I, Dana  O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Estevan Mejia
521 South Street
Elgin, IL 60123

Rebecca T Mejia
521 South Street
Elgin, IL 60123

David H Cutler                              *(served via ECF Notification)*
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Glenn B Stearns                             *(served via ECF Notification)*
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee                                *(served via ECF Notification)*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    1/27/2020        By:     */s/Dana  O'Brien*
                  (date)                  Dana  O'Brien
                                          Authorized Agent for LoanCare, LLC